UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHERIESE KIDDIE                                                              PLAINTIFF

v.                                      No. 3:13-CV-03030

JOHNNIE COPELAND et al.                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH

PREJUDICE.

IT IS SO ADJUDGED this 10th day of May, 2021.

*/s/ P. K. Holmes,* **III**

P.K. HOLMES, III
U.S. DISTRICT JUDGE